450 A.2d 214

Estate of Scholl.

Appeal of Scholl.

Petition for Allowance of Appeal
Denied Nov. 29, 1982.

Argued January 25, 1982. Irwin S. Rubin and M. Paul Smith, for appellant; Marvin L. Wilenzik, for Isaac Scholl, participating party; Allen R. Keely, for Sarah and Willard Scholl, participating parties; Elvin R. Souder, for Leidy Scholl, participating party.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.